**GARY SCHOER**
ATTORNEY AT LAW
NORTH SHORE ATRIUM
6800 JERICHO TURNPIKE, SUITE 108W
SYOSSET, NEW YORK 11791

(516) 496-3500
FAX (516) 496-3530
EMAIL: GSchoer@aol.com

December 15, 2011

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                RE: <u>US. v. BALZANO</u>
                Docket # <u>11 CR 32 (KAM)</u>

Dear Honorable Madam:

    Please accept this letter to request that your Honor permit my client Jerry Balzano, to travel away from his home in Narrowsburg, New York to Staten Island, New York.

    Mr. Balzano requests permission to travel with his wife to attend the Wake of one of his cousins who passed away. The Wake will be held on Saturday December 17, 2011 at the Harmony Funeral Home in Staten Island, New York. He will leave his home at 10:00 am and will return around 9:00 pm.

    I have attempted to speak to AUSA Allon Lifshitz, with respect to this request, but I have been unable to reach him. In light of the fact that the wake is imminent unfortunately I am unable to wait for a response from the Government. On a prior occasion Mr. Lifshitz indicated that he had no objection to a similar application.

    If additional information is needed, please do not hesitate to contact me.

    Thank you in advance for your consideration of this matter.

                                               Respectfully

                                             GARY SCHOER

GS/tm
cc: Leo Barrios
    (U.S. Pretrial Services Officer)