# GARY SCHOER

ATTORNEY AT LAW

NORTH SHORE ATRIUM

6800 JERICHO TURNPIKE, SUITE 108W

SYOSSET, NEW YORK 11791

(516) 496-3500
FAX (516) 496-3530
EMAIL: GSchoer@aol.com

December 22, 2011

**VIA ECF**

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: <u>US. v. BALZANO</u>
Docket # <u>11 CR 32 (KAM)</u>

Dear Honorable Madam:

Please accept this letter to request that your Honor permit my client Jerry Balzano, to travel away from his home in Narrowsburg, New York to Brooklyn, New York.

Mr. Balzano requests permission to travel with his wife to meet with a Gastroenterology Specialist, Dr. Eliot Zambalist, MD. His appointment is scheduled for December 27, 2011 @ 1:00 p.m. located at 452 77th Street, Brooklyn, New York 11209, (718) 921-5548. He will leave his home around 10:30 a.m. and will return around 7:00 p.m.

If additional information is needed, please do not hesitate to contact me.

Thank you in advance for your consideration of this matter.

Respectfully

*Gary Shas*

GARY SCHOER

GS/tm
cc: Allon Liftshitz, AUSA
Leo Barrios, (U.S. Pretrial Services Officer)