# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET  
MONTCLAIR, N.J. 07042  
973-744-1000  
973-746-1490 (FAX)

2 WALL STREET, THIRD FLOOR  
NEW YORK, N.Y. 10005  
212-608-7949  
212-571-3792 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

January 4, 2012

Filed by ECF  
Hon. Kiyo A. Matsumoto, U.S.D.J.  
U.S. District Court - Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re:    *U.S. v. Balzano,* Cr. No. 11 CR 32 (KAM)

Dear Judge Matsumoto:

      I represent Joseph Collina in the above-captioned matter. I write, respectfully, to request that the Court authorize Mr. Collina to travel to his son's home in the Pocono's for a family gathering the third weekend in January. Mr. Collina plans to leave Toms River on Friday, January 20, 2012 around 1:00 p.m., travel by car 2½ hours to his son's home at 146 Mountainside Drive, Goldsboro, PA and return to Toms River on Sunday, January 22, 2012 around 5:00 p.m.

      Allon Lifshitz, A.U.S.A., consents to this request.

      Respectfully yours,

      */s/ Jean D. Barrett*  
      Jean D. Barrett

JDB/jd

cc:    Allon Lifshitz, A.U.S.A. [by ecf]  
       Joseph Collina [by mail]

C:\CASE FOLDERS\Collina\Judge Matsumoto 01-04-12.wpd