**GARY SCHOER**
ATTORNEY AT LAW
NORTH SHORE ATRIUM
6800 JERICHO TURNPIKE, SUITE 108W
SYOSSET, NEW YORK 11791

(516) 496-3500
FAX (516) 496-3530
EMAIL: GSchoer@aol.com

January 18, 2012

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: <u>US. v. BALZANO</u>
Docket # <u>11 CR 32 (KAM)</u>

Dear Honorable Madam:

    Please accept this letter to request that your Honor permit my client Jerry Balzano, to travel away from his home in Narrowsburg, New York to Brooklyn, New York.

    Mr. Balzano requests permission to travel with his wife to celebrate his daughter Marie Balzano graduating from St. Francis College in Brooklyn on January 20, 2012.

    His daughter's graduation dinner will be held on January 28, 2012 at the Casa Rosa Restaurant, located at 384 Court Street, Brooklyn, New York from 6.p.m. to 10 p.m. He will leave his home around 2:30 p.m. and will return before 1.a.m.

    I have conveyed this request to AUSA Allon Lifshitz and Pretrial Services Officer Leo Barrios but I have not, as yet, received any response from either of them. In the past, they have indicated that they has no objection to similar requests.

    If additional information is needed, please do not hesitate to contact me.

    Thank you in advance for your consideration of this matter.

Respectfully

GARY SCHOER

GS/tm
cc: Allon Liftshitz, AUSA
    Leo Barrios, (U.S. Pretrial Services Officer)