# GARY SCHOER

**ATTORNEY AT LAW**
NORTH SHORE ATRIUM
6800 JERICHO TURNPIKE, SUITE 108W
SYOSSET, NEW YORK 11791

(516) 496-3500
FAX (516) 496-3530
EMAIL: GSchoer@aol.com

March 7, 2012

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: <u>US. v. BALZANO</u>
Docket # <u>11 CR 32 (KAM)</u>

Dear Honorable Madam:

Please accept this letter to request that your Honor permit my client Jerry Balzano, to travel away from his home in Narrowsburg, New York to Staten Island, New York.

Mr. Balzano has just informed me that his daughter-in-law his currently in labor and he would like to request permission to travel with his wife to Richmond University Hospital, 355 Bard Avenue, Staten Island, New York (718) 818-1234 tomorrow to celebrate the birth of his first Grandchild.

He will leave his home on March 8, 2012 around 9:00 a.m. and will return before 9:00 p.m.

He has personally spoken with his Pretrial Officer Leo Barrios and he has no objection to this.

I have conveyed this request to AUSA Allon Lifshitz and on his voicemail he states that he will be out of the office from March 6, 2012 to April 6, 2012. In the past, he has indicated that he has no objection to similar requests.

Thank you in advance for your consideration of this matter.

Respectfully
*/s/ Gary Schoer*
GARY SCHOER

GS/tm
cc: Allon Liftshitz, AUSA
    Leo Barrios, (U.S. Pretrial Services Officer)