

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

EAG/AL
F.#2010R00153

*271 Cadman Plaza East
Brooklyn, New York 11201*

July 17, 2012

By ECF and Hand Delivery

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Jerry Balzano
          Criminal Docket No. 11-32 (KAM)

Dear Judge Matsumoto:

    The government respectfully submits this letter in response to the defendant's travel request (Docket Entry No. 66). The government does not object to the request.

                Respectfully submitted,

                LORETTA E. LYNCH
                UNITED STATES ATTORNEY

        By:     /s/
                Elizabeth A. Geddes
                Allon Lifshitz
                Assistant U.S. Attorneys
                (718)254-6430/6164

cc:  Gary Schoer, Esq. (by ECF)
    Clerk of the Court (KAM) (by ECF)